UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF JOHN MCCARTY, *et al.*  )
)
Plaintiffs,  )
)
v.  )  Civil Case No. 19-853 (RJL)
)
ISLAMIC REPUBLIC OF IRAN,  )
)
)
Defendant.  )

**FILED**
DEC 2 8 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**
(December 28, 2020) [Dkt. # 24]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Default Judgment [Dkt. # 24] is **GRANTED**; it is further

**ORDERED** that defendant the Islamic Republic of Iran shall pay to plaintiff compensatory damages in the amounts set forth in Appendix A–Damages; and it is further

**ORDERED** that the Clerk of the Court is directed to enter judgment in favor of plaintiffs and against defendant, in accordance with this Order.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge