AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
**DEC 2 8 2020**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| ESTATE OF JOHN MCCARTY, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 19-853 (RJL) |
| ISLAMIC REPUBLIC OF IRAN ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* ESTATE OF JOHN MCCARTY, ET AL., recover from the defendant *(name)* ISLAMIC REPUBLIC OF IRAN the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant the Islamic Republic of Iran shall pay to plaintiff compensatory damages in the amounts set forth in Appendix A-Damages.

(SEE DOCKET ENTRIES 27 AND 28 FOR THE PAYEES AND AMOUNTS)

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge Richard J. Leon on a motion for

Default Judgment (Dkt. #24).

Date: 12/28/2020

ANGELA D. CAESAR, CLERK OF COURT

*John T. Haley* (signature)
John T. Haley, Deputy Clerk
*Signature of Clerk or Deputy Clerk*