

United States Department of State

Washington, D.C.   20520

July 13, 2021

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Estate of John McCarty v. Islamic Republic of Iran, 1:19-cv-00853-RJL**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Default, Judgement, Order, Memorandum Opinion, and Notice of Default Judgment to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1060-IE, dated May 24, 2021 and delivered on May 30, 2021. A certified copy of the diplomatic note is enclosed.

Sincerely,

Michael McPherson
Paralegal Specialist
Office of the Legal Adviser, Consular Affairs



Cc:   Mark N. Bravin
      Mitchell Silberberg & Knupp LLP
      1818 N Street NW, 7th Floor
      Washington, DC 20036

# SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____Alessandra Manoiero_____
(Typed name of Official who executed the annexed document)



(Signature of Consular Officer)

_____Hayward M. ALTO_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

June 14, 2021
(Date)

Confederaziun svizra
**Federal Department of Foreign Affairs FDFA**

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 27475 dated April 23, 2021 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

**Estate of John McCarty v. Islamic Republic of Iran, 1:19-cv-00853-RJL**
- Note 1060-IE addressed to the Government of the Islamic Republic of Iran

dated May 24, 2021 and proof of service, dated May 31, 2021 as well as the certification by the Swiss Federal Chancellery dated June 09, 2021.

The section has received the above mentioned documents on May 10, 2021. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on May 30, 2021. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, June 9, 2021



_Enclosure(s) mentioned_

To the
Embassy of the
United States of America

Berne

<u>SPECIFIC AUTHENTICATION CERTIFICATE</u>



Confederation of Switzerland         )
Bern, Canton of Bern                 ) SS:
Embassy of the United States of America )


I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                    _____
                                    (Signature of Consular Officer)


                                    ___Hayward M. ALTO___
                                    (Typed name of Consular Officer)


                                    <u>Consul of the United States of America</u>
                                    (Title of Consular Officer)


                                    <u>June 14, 2021</u>
                                    (Date)

No. 1060-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit Estate of John MacCarty. v. Islamic Republic of Iran, 1:19-cv-00853-RJL, in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a Default, Judgement, Order, Memorandum Opinion herewith. The U.S District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Default, Judgement, Order, Memorandum Opinion, the Embassy is enclosing a Notice of Default Judgement, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, May 24, 2021

Attachments:
1. Default, Judgement, Order, Memorandum Opinion, and Notice of Default Judgment
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, herewith, that this is a true copy of Diplomatic Note No. 060-FI dated May 24, 2021. The delivery of this note and its enclosures was attempted on May 30, 2021 but the Iranian Ministry of Foreign Affairs refused its acceptance.

Christian Gobet
Head of the Foreign Interests Section

Tehran, May 31, 2021





### APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Christian Gobet

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   **Certified**

5. at Berne              6.    the 09 June 2021

7. by Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No  013955

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery



*Embassy of the United States of America*

April 23, 2021

CONS NO.       27475

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) – Estate of John McCarty v. Islamic Republic of Iran, 1:19-cv-00853-RJL

REF:     ----

The Department of State has requested the delivery of the enclosed Default, Judgement, Order, Memorandum Opinion, and Notice of Default Judgment to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Estate of John McCarty v. Islamic Republic of Iran, 1:19-cv-00853-RJL.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. There is one defendant to be served in this case: the Islamic Republic of Iran. The American Interests Section should transmit the Default, Judgement, Order, Memorandum Opinion, and Notice of Default Judgment to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department of State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I, Hayward M. Alto, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 27475 dated April 23, 2021, which was transmitted to the Swiss Ministry of Foreign Affairs on April 28, 2021 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)

_____Hayward M. ALTO_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

June 14, 2021
(Date)



**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Estate of John McCarty v. Islamic Republic of Iran, 1:19-cv-00853-RJL, in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a Default, Judgement, Order, Memorandum Opinion herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Default, Judgement, Order, Memorandum Opinion, the Foreign Interests Section is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Default, Judgement, Order, Memorandum Opinion and Notice of Default Judgment
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**